IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMONTE ALLGOOD,

                Plaintiff,

v.

CO SGT. HERT, CO WEYCKER,
CO PEOTTER, RN CASSANDRA BAIER,
LT. CUSHING, CO DENIAL, LUSTEY
and OFFICER YANG,

                Defendants.

OPINION AND ORDER

17-cv-812-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Jamonte Allgood is proceeding on claims under the Eighth Amendment that defendants CO Sgt. Hert, CO Weycker, CO Peotter, CO Denial and CO Yang used excessive force against him and subjected him to unconstitutional conditions of confinement and defendants RN Cassandra Baier and Lustey failed to provide him adequate medical treatment. Now before the court are several motions filed by plaintiff, all of which will be denied for the reasons explained below.

First, plaintiff has filed two motions for assistance in recruiting counsel to represent him. Dkts. ##46, 51. The motions are identical to the previous motions plaintiff filed requesting counsel, the most recent of which I denied on April 11, 2018. Dkt. #41. Plaintiff identifies no new circumstances or developments in the case to alter my previous conclusion that the complexities of this case do not outweigh plaintiff's abilities to litigate it on his own. Thus, for the reasons already explained to plaintiff, I will deny his most recent motions as well.

Next, plaintiff filed a renewed motion to be moved to another institution. Dkt. #42.

1

Plaintiff includes no new information beyond what he presented to the court in his previous requests to be moved, dkt. ##20, 30, so I will deny this motion for the reasons explained in my previous orders. Dkt. ##24, 34.

Plaintiff has also filed a motion requesting leave to file an amended complaint in order to include the full names of the defendants, dkt. # 49, as well as a motion requesting additional time for defendants to respond to the latest proposed complaint. Dkt. #56. I will deny these requests as unnecessary. Defendants' counsel had no difficulty identifying the named defendants and have already filed answers on their behalf.

Finally, plaintiff has filed a motion for an additional 60 days to respond to defendants' discovery requests. Dkt. #54. I will deny this motion. If plaintiff needs additional time or assistance in responding to defendants' discovery requests, he should write directly to defendants' counsel. Plaintiff should not contact the court regarding discovery concerns unless he is not able to resolve the issue with defendants' counsel.

Going forward, plaintiff should refrain from filing motions raising issues that have previously been addressed in this case.

ORDER

IT IS ORDERED that plaintiff Jamonte Allgood's motions for court assistance in recruiting counsel, dkts. ##46, 51, motion to be moved to another institution, dkt. #42, motion to amend his complaint, dkt. #49, motion for extension of time to file answer, dkt. #56, and

motion for extension of discovery deadline, dkt. #54, are DENIED.

Entered this 3d day of May, 2018.

BY THE COURT:
/s/
_____
BARBARA B. CRABB
District Judge